**REDACTED**

<u>**AFFIDAVIT IN SUPPORT OF**</u>
<u>**AN APPLICATION FOR A CRIMINAL COMPLAINT**</u>
<u>**AND ARREST WARRANT**</u>

I, James V. Richardson, a Special Agent (SA) with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since 2009, and am currently assigned to the office of the Resident Agent in Charge (RAC), Providence, RI. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center in Brunswick, GA, and as a member of the Rhode Island Internet Crimes Against Children (ICAC) Task Force conducting these types of investigations. I have investigated child pornography cases and related sexual offenses on a full time basis since approximately January 2010. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have conducted and assisted in conducting numerous investigations into the violation of both state and federal laws relating to the possession, receipt, transportation, distribution, and production of child pornography and obscene visual representations of the sexual abuse of children over the Internet. I have reviewed hundreds of images and videos of actual and suspected child pornography, child erotica, and obscene visual representations of the sexual abuse of children. Moreover, I am a federal law enforcement officer who is engaged in

enforcing the criminal laws, including 18 U.S.C. §§ 2252 and 2252A, and I am authorized by law to request a search warrant.

2.  This affidavit is submitted in support of an application for a criminal complaint charging Ronald W. Zenga, (D.O.B. xx/xx/1975) with receiving and distributing child pornography in violation of 18 U.S.C. 2252(a)(2); and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. 2252(a)(4);

3.  On October 16, 2018, I applied for a search warrant to search the premises at 2 Johnson terrace, Middletown, RI, and electronic media storage devices and any person located therein and submitted an affidavit in support. That affidavit is attached to this affidavit as Exhibit A and incorporated by reference and restated herein for purposes of this affidavit.

4.  On October 17, 2018, the search warrant was executed by myself and other members of HSI, the Rhode Island Internet Crimes Against Children (ICAC) task force and the Middletown Police Department. The residence was occupied by Ronald W. Zenga ("Zenga"), his wife and ▓▓▓▓ ("▓▓▓▓▓▓▓▓").

5.  During the execution of the search warrant, Zenga was interviewed by myself and RISP Detective Adam Houston at the residence. Zenga was advised that he was not under arrest and also advised of his Miranda rights. Zenga signed the advice of rights form and agreed to voluntarily speak with us. Zenga then proceeded to state, among other things the following:

- Zenga admitted to receiving, distributing, and possessing child pornography on the social media application Kik and through his email address ▓▓▓▓▓▓@protonmail.com.

- Zenga admitted to being the username "▓▓▓▓▓▓▓" on the social media application Kik.

- Zenga admitted to being the username "newguy987@protonmail.com" on the website iMGSRC.RU

- Zenga stated that he viewed child pornography on multiple websites.

- Zenga stated that he had been ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, continuing up to approximately two weeks ago ▇▇▇▇▇▇▇. ZENGA stated the sexual abuse began when he was in the U.S. Navy stationed in Guam,

- Zenga stated the sexual abuse included receiving oral sex from ▇▇▇▇▇▇▇▇ and performing oral sex ▇▇▇▇▇▇▇.

- ZENGA described himself as a "Monster"

- Zenga stated that he was recently chatting on Kik with another adult male about the possibility of having the other adult male visit ▇▇▇▇▇▇▇ and engage in sexual contact with ▇▇▇▇▇▇▇ while Zenga masturbated. Zenga stated that he recently discussed this with ▇▇▇▇▇▇▇.

- Zenga stated that agents would find child pornography on his Apple Macbook Air laptop computer, and Samsung Galaxy 7 smart phone, as well as his ▇▇▇▇▇▇▇@protonmail.com email account. Zenga stated that he did not have child pornography on his Apple iPhone.

6. During the execution of the search warrant, Zenga gave law enforcement consent to access and utilize his ▇▇▇▇▇▇▇@protonmail.com account. Zenga stated that agents would find child pornography in the account. ICAC Forensic Analyst Brittnee Morgan is trained in forensic computer examinations and child sexual exploitation investigations and is familiar with the definitions of child pornography. Analyst Morgan accessed the ▇▇▇▇▇▇▇@protonmail.com account for preliminary review and observed an e-mail dated September 29, 2018, from Zenga to

an email address ███████@protonmail.com with the subject line "Hello from iMGSRC.RU". Attached to the e-mail Analyst Morgan observed 3 images of child pornography. Each of the three images depicted a minor female with an adult male's penis in her mouth.

7.   Based on the above, I believe there is probable cause to arrest Ronald W. Zenga for knowingly receiving and distributing child pornography in violation of 18 U.S.C. 2252(a)(2); and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. 2252(a)(4).

James V. Richardson
Special Agent
Homeland Security Investigations

Sworn and subscribed before me October 17, 2018.

HON. LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE